NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHAMBERLAIN GROUP, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD.,**
*Intervenors*

---

2018-2002

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1016.

---

## JUDGMENT

---

KATHERINE VIDAL, Winston & Strawn LLP, Menlo Park, CA, argued for appellant. Also represented by MATTHEW R. MCCULLOUGH, MICHAEL RUECKHEIM; ROBERT P. COURTNEY, MARIA ELENA STITELER, Fish & Richardson

P.C., Minneapolis, MN; JOSEPH V. COLAIANNI, JR., Washington, DC; BENJAMIN ELACQUA, Houston, TX.

CARL PAUL BRETSCHER, Office of the General Counsel, International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for intervenors. Also represented by WILLIAM R. PETERSON, Houston, TX; JULIE S. GOLDEMBERG, Philadelphia, PA; SUSAN BAKER MANNING, ERIC S. NAMROW, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 17, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |